IH-32                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

MALIKAH SHABAZZ, as President of the LEFRAK CITY TENANTS ASSOCIATION; JAMES GALLOWAY, as Coordinator of the LEFRAK CITY TENANTS LEAGUE; RUBI MUHAMMAD; DURRIYAH HAKAM; REAVER CHERRY; ROSALIND ANTOINE; and the BLACK LEADERSHIP ACTION COALITION, INC.,

**Plaintiff**

vs.

NEW YORK CITY BOARD OF ELECTIONS,

**Defendant**

Case Number

17 Civ. 6637

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

UNITED SPINAL ASSOCIATION, a nonprofit organization; DISABLED IN ACTION, a nonprofit organization,

**Plaintiff**

vs.

BOARD OF ELECTIONS IN THE CITY OF NEW YORK and JULIE DENT, in her official capacity as President of the Board of Elections in the City of New York,

**Defendant**

Case Number

10 Civ. 5653 (DAB)

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

The Court issued an Order (ECF No. 119) requiring defendant Board of Elections to make voting sites accessible. Defendant is currently complying with that Order. There has been recent motion practice and the case remains open.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiffs in the later-filed case are seeking to enjoin the defendant Board of Elections from relocating a voting site, which was necessitated by the Court order discussed above, requiring the defendant to provide fully accessible voting sites to disabled voters.

Signature: s/ Chlarens Orsland        Date: 8/31/2017

New York City Law Department

Firm: _____