USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/8/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIKAH SHABAZZ, et al.,
Plaintiffs,

-v-

NEW YORK CITY BOARD OF ELECTIONS,
Defendant.

17-CV-6637 (Part 1)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On August 31, 2017, Plaintiffs filed a motion to remand this action back to the Supreme Court of the State of New York, New York County. (Doc. 6.) Plaintiffs also brought an Order to Show Cause before the Court on September 1, 2017, asking that, should I decide against remand, I hold a hearing on the substantive issues that had originally been scheduled to be addressed before the State court that morning. I held a hearing that day on the issue of remand, at which I orally granted the motion to remand. For the reasons stated during that hearing, it is hereby

ORDERED that the Plaintiffs' motion to remand, (Doc. 6), is GRANTED, the Order to Show Cause brought by Plaintiffs is moot, and this case is hereby REMANDED to the Supreme Court of the State of New York, New York County. The Clerk of the Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: September 8, 2017
New York, New York

Vernon S. Broderick
United States District Judge